UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Brent O. Evander,

Plaintiff,

**ORDER**

v.

Civil #00-2734 PAM/JGL

Steven T. Rosso, P.A.

Defendant.

This action came before the Court on Plaintiff's Motion to Vacate the Order of Dismissal filed March 30, 2001. Upon the evidence presented, and for good cause shown, the Court finds that this action should be reopened.

Accordingly, **IT IS ORDERED** that:

1. The Order of this Court filed March 30, 2001, which dismissed this action is vacated.

2. This action is reopened.

Dated: June 22, 2001.

PAUL A. MAGNUSON, CHIEF JUDGE
**United States District Court**

FILED JUN 25 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______