UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO.: CV-00-2734 PAM/JGL

---

Brent O. Evander, on behalf of
Himself, and all others similarly situated,

Plaintiff,

vs.

Steven T. Rosso, P.A.,

Defendant.

**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER**

---

WHEREAS, the above-captioned action was filed by Plaintiff in December 2000; and

WHEREAS, Defendant interposed an Answer in the action; and

WHEREAS, the parties have reached an agreement for settlement of the action.

NOW, THEREFORE, Plaintiff and Defendant, by and through their respective counsel, hereby stip8ulate and agree that the action may be, and hereby is, dismissed with prejudice and on the merits. The District Court Administrator may enter this Stipulation for Dismissal with Prejudice in the records of the Court without costs or disbursements to any party.

Dated: 4-2-02

BRUTLAG, HARTMANN & OKONESKI, P.A.

By: [signature]
Michael L. Brutlag (#123225)

1100 Pillsbury Center
200 South Sixth Street
Minneapolis, MN 55402
(612) 630-3203
ATTORNEYS FOR DEFENDANT

and

FILED ___
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ___
DEPUTY CLERK ___

Dated: 19 June 2002

STEVEN T. APPELGET

By: ______________________

Steven T. Appelget (#236998)

1102 Grand Avenue
St. Paul, MN 55105
(651) 224-5079
ATTORNEY FOR PLAINTIFF

**ORDER**

Based upon the foregoing Stipulation of counsel, IT IS HEREBY ORDERED that the above action may be, and hereby is, dismissed with prejudice and on the merits, without costs or disbursements to any party.

Dated: June 25, 2002

BY THE COURT:

______________________
Judge of District Court

1929-24.stip of dismissal